OPINION — AG — **** JUNIOR COLLEGE STUDENT CENTER — REVENUE BONDS **** A BOARD OF TRUSTEES OF A COMMUNITY JUNIOR COLLEGE IS NOT PRESENTLY AUTHORIZED TO, AND THEREFORE CANNOT LEGALLY, ISSUE REVENUE BONDS FOR THE PURPOSE OF CONSTRUCTING A STUDENT CENTER WITH INDEBTEDNESS TO BE RETIRED FROM EARNINGS OF OPERATION OF THE FACILITY. CITE: 70 O.S. 1969 Supp., 4408 [70-4408], 70 O.S. 1969 Supp., 4412 [70-4412], 70 O.S. 1969 Supp., 4415 [70-4415] (W. J. MONROE)